# STATEMENT OF FACTS

On October 2, 2017, an arrest warrant was issued by the United States District Court for the District of Columbia in criminal number 05-CR-00080, <u>United States v. Clifton Stevenson</u>, for a Violation of Supervised Release. That warrant was outstanding on July 30, 2018. On July 30, 2018, at approximately 11:15 a.m., Deputy United States Marshals of the United States Marshal Service (hereinafter "DUSM") conducted an operation in the 3000 block of Stanton Road, Southeast, Washington, D.C., looking for Clifton Stevenson. DUSMS believed that Clifton Stevenson frequented in the area of the Stanton Glen apartment complex. That morning, DUSMS observed defendant Stevenson in front of 3078 Stanton Road, Southeast, Washington, D.C., and moved in to arrest him. DUSMS ordered defendant Stevenson to show his hands and get on the ground. Defendant Stevenson complied and laid down on the ground in a prone position. A DUSM handcuffed defendant Stevenson and asked him whether he had anything on him as the DUSM was about to perform a search incident to arrest. Defendant Stevenson replied, "Ya." The DUSM asked defendant Stevenson whether it was anything dangerous. Defendant Stevenson replied, "Ya I got a gun on me." The DUSM asked where the gun was and defendant Stevenson stated, "it's in my right pocket." DUSMS rolled defendant Stevenson on his left side and observed the handle and magazine of a firearm sticking out of defendant Stevenson's right front pants pocket. A DUSM recovered from defendant Stevenson a black Ruger SR9c 9mm semi-automatic pistol with serial number 332-04585 (hereinafter "Ruger 9mm semi-automatic pistol"). While defendant Stevenson was handcuffed and sitting on the tailgate of USMS vehicle, an unknown female walked in close proximity of defendant Stevenson and started speaking with him. During that conversation, the unknown female asked defendant Stevenson whether there was anything she could do. Defendant Stevenson stated no, that he had a parole warrant and they just found a gun in my pants.

The Ruger 9mm semi-automatic pistol was loaded with 1 cartridge in the chamber and 17 cartridges in the magazine. Upon inspection that firearm appeared to be fully operable, designed to be fired by the use of a single hand and to expel a projectile by the action of an explosive, and with a barrel length of less than 12 inches. A DUSM contacted the Gun Recovery Unit of the Metropolitan Police Department of the District of Columbia (hereinafter "MPD") and members of that unit arrived at 3078 Stanton Road, Southeast, to recover the Ruger 9mm semi-automatic pistol from the scene. A records check conducted by the MPD on July 30, 2018, revealed that the Ruger 9mm semi-automatic pistol was reported stolen on July 20, 2016, from Pikeville, North Carolina.

To the best of the undersigned DUSM's knowledge, defendant Stevenson has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in United States District Court of the District of Columbia, criminal number 05-CR-80 (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); in the Superior Court of the District of Columbia, criminal number 2013CF1007745 (Third Degree Sex Abuse – Force); in the Superior Court of the District of

Columbia, criminal number 2009CF1005757 (Robbery); and in the United States District Court for the District of Columbia, criminal number 00-CR-000393 (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year). Before filing this complaint, the DUSM reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-out that he reviewed so that he would recognize it again in the future. To the best of this DUSM's knowledge, there are no Ruger 9mm semi-automatic handguns no 9mm ammunition manufactured in the District of Columbia.

_____
KYLE BAUGHMAN
DEPUTY UNITED STATES MARSHAL
UNITED STATES MARSHAL SERVICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF JULY, 2018.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE